

# LIPSIUS-BENHAIM LAW, LLP

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
www.lipsiuslaw.com

**ALEXANDER J. SPERBER**
Direct Line: 212-981-8449
Email: asperber@lipsiuslaw.com

July 28, 2016

**VIA ECF**
Honorable Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lincoln Benefit Life Company v. AEI Life, LLC*
              <u>Docket No.: 1:16-cv-02049-JBW-JO</u>

Dear Judge Weinstein:

      This firm represents defendant Innovative Brokers in the above-referenced action. I write on behalf of Ira Lipsius, counsel of record, as he is currently out of the country.

      It is our understanding that the Court intends to address two matters at the upcoming August 3, 2016 hearing: (1) AEI Life, LLC's renewed motion for summary judgment in the 14-cv-6449 action; and (2) whether the 14-cv-6449 action should be consolidated with the 16-cv-2049 action.

      We write seeking clarification of the Court's June 22, 2016 Scheduling Order, which directed that "[a] representative of each party with knowledge of the facts at issue shall be present with counsel at the hearing." Does this direction apply to all of the parties in these two cases, or only to the parties involved in the pending summary judgment motion?

      We thank the Court for its attention to this matter.

                                                  Respectfully submitted,

                                                  LIPSIUS-BENHAIM LAW, LLP

                                                  Alexander J. Sperber